UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Myron Robinson<br>    Vinellen Robinson<br>           Debtor(s) | Case No. 12-33042 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/21/2012.

2) The plan was confirmed on 10/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/17/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/30/2015.

5) The case was dismissed on 12/11/2015.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $78,901.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $34,991.00 |
| Less amount refunded to debtor | $57.59 |
| **NET RECEIPTS:** | **$34,933.41** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $670.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,364.65 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,034.65** |

Attorney fees paid and disclosed by debtor:      $2,830.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS EDUCATION SERVICES | Unsecured | 15,092.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGIST OF JOLIET | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| BMI SURGERY | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| CANCER TREATMENT CENTERS OF A | Unsecured | 38,821.00 | 46,841.45 | 46,841.45 | 3,133.09 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| CENTRE FOR ORAL SURGERY IN JOL | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 2,433.40 | 2,433.40 | 150.48 | 0.00 |
| CITY OF JOLIET | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 88.00 | 93.06 | 93.06 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 397.00 | 423.22 | 423.22 | 26.80 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| FG TOMASKI MD | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| FUTURE DIAGNOSTICS GROUP | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| GENOMIC HEALTH INC | Unsecured | 4,175.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 2,030.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 3,095.00 | 2,765.48 | 2,765.48 | 2,765.48 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 315.23 | 315.23 | 19.97 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 550.00 | 549.11 | 549.11 | 34.78 | 0.00 |
| JOLIET DIABETES AND ENDOCRINOl | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| LISLE AUTO PLAZA/HONDA JOLIET | Unsecured | 1,184.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 390.00 | 389.21 | 389.21 | 24.65 | 0.00 |
| MIDWEST NEOPED ASSOCIATES | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST REGIONAL MED CTR | Unsecured | 1,564.00 | NA | NA | 0.00 | 0.00 |
| NABIL JABER | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 34,000.00 | 24,513.55 | 24,513.55 | 24,513.55 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | 8,634.00 | 9,119.30 | 9,119.30 | 609.97 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 500.00 | 1,954.00 | 1,954.00 | 130.70 | 0.00 |
| PAYDAY LOAN STORE OF IL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PCP OF ESSINGTON | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 563.00 | 562.58 | 562.58 | 35.63 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 431.00 | 431.15 | 431.15 | 27.30 | 0.00 |
| PRAIRIE EMERGENCY PHYSICIANS | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| PROCHECK | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE SURGICAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 4,170.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 428.00 | 428.90 | 428.90 | 27.16 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 8,469.00 | 2,235.48 | 2,235.48 | 138.25 | 0.00 |
| SPRINT CORP | Unsecured | 580.00 | 815.09 | 815.09 | 51.63 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 250.00 | 250.00 | 250.00 | 15.84 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 75.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 99.00 | 99.21 | 99.21 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 379.00 | 379.93 | 379.93 | 24.06 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 7,223.00 | 17,483.48 | 17,483.48 | 1,169.42 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,813.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,338.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 2,993.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WILFREDO GRANADA MD | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $24,513.55 | $24,513.55 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,513.55** | **$24,513.55** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,765.48 | $2,765.48 | $0.00 |
| **TOTAL PRIORITY:** | **$2,765.48** | **$2,765.48** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,878.80** | **$5,619.73** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,034.65 |
| Disbursements to Creditors | $32,898.76 |
| **TOTAL DISBURSEMENTS :** | **$34,933.41** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/10/2016     By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**